# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTA SCHIRCKS** and the **ESTATE OF BENJAMIN SCHIRCKS,**
Appellant/s,

v.

## CITY OF HOLLYWOOD,
Appellee.

No. 4D20-1386

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-14-04331-13.

Kenneth D. Cooper of Kenneth D. Cooper, P.A., Fort Lauderdale, for appellants.

Laura K. Wendell and Richard B. Rosengarten of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***